IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY RICARDO TURNER,

    Plaintiff,                    No. CIV S-07-1461 GEB DAD P

    vs.

ED PRIETO, et al.,

    Defendants.              <u>ORDER</u>

/

        Plaintiff is a state prisoner proceeding pro se and in forma pauperis with this civil rights action. On February 22, 2008, this court ordered plaintiff to file a declaration informing the court of whether he wished to proceed on his original complaint or his amended complaint. Plaintiff has timely complied with the order and has clarified that he wishes to proceed on his original complaint that was filed with the court on July 23, 2007. Plaintiff has also informed the court again that the initial of defendant Austin's first-name is "R" and that the defendant named in the complaint as "Cooper" is actually named "Hooper."

        Because of plaintiff's inadvertent errors in identifying defendants, the United States Marshal was only able to successfully serve plaintiff's complaint on defendant Ed Prieto. The Marshal was unable to effect service on defendants R. Austin or Hooper. However, the

/////

1

court will provide plaintiff with an opportunity to provide the correct information on the documents necessary to effect service.

Plaintiff is cautioned that when service of a complaint is not made upon a defendant within 120 days after the complaint was filed, the court may be required to dismiss the plaintiff's claims against that defendant. See Fed. R. Civ. P. 4(m).

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to send plaintiff one summons, two USM-285 forms, an instruction sheet, and a copy of the complaint filed July 23, 2007;

2. Within sixty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit it to the court with the following documents:

    a. one completed summons form;

    b. two completed USM-285 forms (one for defendant R. Austin and one for defendant Hooper); and

    c. three copies of the endorsed complaint filed July 23, 2007.

DATED: March 13, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
turn1461.8e

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY RICARDO TURNER,

     Plaintiff,                     No. CIV S-07-1461 GEB DAD P

    vs.

ED PRIETO, et al.,               NOTICE OF SUBMISSION

     Defendants.             OF DOCUMENTS

_____/

     Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

     _____ <u>one</u> completed summons form;

     _____ <u>two</u> completed USM-285 forms; and

     _____ <u>three</u> true and exact copies of the complaint filed July 23, 2007.

DATED: _____.

                                                 _____
                                               Plaintiff