IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY RICHARDO TURNER,

    Plaintiff,                    No. CIV S-07-1461 DAD P

   vs.

ED PRIETO, et al.,

    Defendants.             ORDER

_____/

        By order filed October 16, 2008, this court directed plaintiff to file, within thirty days, a status report. Thirty days have since passed, and plaintiff has not filed a status report or otherwise responded to the court's order. Accordingly, this action will be dismissed without prejudice. See Local Rule 11-110.[1]

/////
/////
/////
/////

---

[1] Under Local Rule 11-110, "Failure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions authorized by statute of Rule or within the inherent power of the Court."

1

Accordingly, IT IS HEREBY ORDERED that:

1. All pending motions, including plaintiff's motion for injunctive relief (Doc. No. 23), are denied as moot; and

2. This action is dismissed without prejudice.

DATED: December 10, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
turn1461.dism